UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEROY MORENO NAVARRO,

Petitioner,

v.

MAGGIE MILLER-STOUT,

Respondent.

Case No. C07-5373 FDB

ORDER ADOPTING REPORT
AND RECOMMENDATION
DENYING APPLICATION TO
PROCEED *IN FORMA PAUPERIS*

The Court, having reviewed the Report and Recommendation, Plaintiff's application

to proceed *in forma pauperis* and the remaining record, hereby finds and ORDERS:

(1)     The Court adopts the Report and Recommendation;

(2)     Petitioner will not be granted *in forma pauperis* status**.**  Petitioner has thirty days from entry of this order to pay the $5.00 filing fee. **If no fee is received the clerk's office is directed to dismiss this action without prejudice.**

(3)     The Clerk is directed to send copies of this Order to Petitioner, and the Hon. J. Kelley Arnold.

DATED this 21st day of September, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1