# United States District Court

WESTERN DISTRICT OF WASHINGTON

LEROY MORENO NAVARRO

v.

MAGGIE MILLER-STOUT

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5373FDB/JKA

____    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. Petitioner will not be granted *in forma pauperis* status. Petitioner has thirty days from entry of this order to pay the $5.00 filing fee. **If no fee is received this action will dismissed without prejudice**.

September 24, 2007

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk